IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **Ted (George) McCune, F4PS LLC** § § § § § § § § § § | | Civil Action No. ___ |
| Plaintiffs | | |
| *versus* | | |
| **Shenzhen Shangfeng Electronics Co., Ltd.**, *dba* Javoco and *dba* Javoco-US; | | **Jury Demand** |
| Defendant | | |

### COMPLAINT FOR COPYRIGHT AND TRADE DRESS INFRINGEMENT

Plaintiffs Ted McCune and F4PS LLC sue the Defendant listed above and allege as follows:

### THE PARTIES

1. Plaintiff **Ted McCune** is an individual residing in Wyoming and doing business in the Northern District of Texas.

2. Plaintiff **F4PS LLC** is a limited liability company in Wyoming and doing business in the Northern District of Texas.

3. Defendant **Shenzhen Shangfeng Electronics Co., Ltd.,** *dba* Javoco and *dba* Javoco-US is a Chinese limited company with a listed business address at: Rm 1612B185, Dongfeng Bldg, No. 2010, Shennan Middle Rd, Huaqiangbei St, Futian Dist, Shenzhen CHINA 518028.

### NATURE OF THE ACTION

4. This is a civil action for infringement under the Copyright and Lanham Act laws of the United States: 17 U.S.C. § 501 *et seq*, and 15 U.S.C. §§ 1114 and 1125 *et seq*.

5. Defendants have and continue to infringe Plaintiffs' copyright registration numbers VA0002100880 and VA0002188056 (collectively "the Copyrights") and trade dress registration numbers 5823678 and 5823677 (collectively "the Trade Dress").

6. The Plaintiffs collectively owen the Copyrights and Trade Dress, which were duly and legally issued by the United States Library of Congress and Patent and Trademark Office. Plainitffs seeks injunctive relief and monetary damages.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8. Upon information and belief, this Court has personal jurisdiction over the Defendant in this action because it has committed acts within this District giving rise to this action and has established minimum contacts with this forum such that the exercise of jurisdiction over the Defendant would not offend traditional notions of fair play and substantial justice.

9. Further, the Defendant has retained legal counsel from this state and should thus reasonably anticipate being haled into court in this state.

10. Defendant has committed acts of copyright and trade dress infringement and, on information and belief, has regularly and systematically conducted and solicited business in this District by and through at least several theaters in this District.

11. Venue is proper in this District under 28 U.S.C. § 1391 since the Defendant conducts business in this District and a substantial portion of the events or omissions giving rise to this action occurred in this District.

# Factual Background

### A. Plaintiffs' Intellectual Property

12. On February 7, 2017 Plaintiffs, individually or collectively, registered copyright no. VA0002100880, titled "Led Light Up Chopsticks".

13. On March 20, 2019 Plaintiffs, individually or collectively, registered copyright no. VA0002188056, titled "Lightstaber Chopsticks Handle B".

14. On June 10, 2019 Plaintiffs, individually or collectively, registered trade dress no. 5823678, portrayed as follows:

15. On July 30, 2019 Plaintiffs, individually or collectively, registered trade dress no. 5823677, portrayed as follows:

### B. Defendant's Infringing Products

16. On information and belief Defendant sells or has sold infringing products by utilizing the platform(s) of Amazon.com, Inc. via one or more of the following ASIN Numbers: B09QW41WN1, B09QW68JGL, and B09QW8Y13L.

### C. DMCA Interactions of the Parties

17. On March 10, 2022 and March 21, 2022, respectively, Plaintiffs, individually or collectively, filed complaint nos. 9754069191 and 9801363571, collectively requesting that Amazon.com Inc. remove the Defendant's listings at ASIN Nos. B09QW4WN1, B09QW68JGL, and B09QW8Y13L—because such listings infringed copyright no. VA0002100880.

18. On March 25, 2022 Amazon.com Inc. informed the Plaintiff that the Defendant had provided a DMCA counter-notification and on March 29, 2022 Amazon.com, Inc. confirmed

that it would reinstate the Defendant's listings by April 4, 2022 unless Plaintiff provided evidence that this lawsuit had been filed.

**FIRST CAUSE OF ACTION**
**Infringement of Copyright No. VA0002100880**

19. Plaintiffs re-allege and incorporate by reference each of the allegations in the foregoing paragraphs as though fully set forth herein.

20. Plaintiffs, collectively or individually, are the current exclusive owners and assignees of all right, title, and interest in and to U.S. Copyright No. VA0002100880, duly and legally issued by the United States Library of Congress, including the right to bring this suit for damages.

21. The VA0002100880 copyright is valid and enforceable.

22. On information and belief, Defendant saw or had access to the copyrighted work.

23. On information and belief, Defendant used the copyrighted work to create its own substantially similar work.

24. The Parties' works are identical, or bear a striking similarity.

25. By reason of the Defendant's activities, Plaintiff has suffered substantial damages in an amount to be proven at trial.

**SECOND CAUSE OF ACTION**
**Infringement of Copyright No. VA0002188056**

26. Plaintiffs re-allege and incorporate by reference each of the allegations in the foregoing paragraphs as though fully set forth herein.

27. Plaintiffs, collectively or individually, are the current exclusive owners and assignees of all right, title, and interest in and to U.S. Copyright No. VA0002188056, duly and

legally issued by the United States Library of Congress, including the right to bring this suit for damages.

28. The VA0002188056 copyright is valid and enforceable.

29. On information and belief, Defendant saw or had access to the copyrighted work.

30. On information and belief, Defendant used the copyrighted work to create its own substantially similar work.

31. The Parties' works are identical, or bear a striking similarity.

32. By reason of the Defendant's activities, Plaintiff has suffered substantial damages in an amount to be proven at trial.

### THIRD CAUSE OF ACTION
### Infringement of Trade Dress No. 5823678

33. Plaintiffs re-allege and incorporate by reference each of the allegations in the foregoing paragraphs as though fully set forth herein.

34. The 5823678 tradedress is distinctive and nonfunctional.

35. Plaintiffs, collectively or individually, own the 5823678 tradedress.

36. The Defendant used an identical or substantially similar trade dress without the consent of the Plaintiffs in a manner that is likely to cause confusion among ordinary consumers as to the source, sponsorship, affiliation, or approval of the Parties' respective goods.

37. By reason of the Defendant's activities, Plaintiff has suffered substantial damages that may be difficult in an amount to be proven at trial.

### FOURTH CAUSE OF ACTION
### Infringement of Trade Dress No. 5823677

38. Plaintiffs re-allege and incorporate by reference each of the allegations in the foregoing paragraphs as though fully set forth herein.

39. The 5823677 tradedress is distinctive and nonfunctional.

40. Plaintiffs, collectively or individually, own the 5823677 tradedress.

41. The Defendant used an identical or substantially similar trade dress without the consent of the Plaintiffs in a manner that is likely to cause confusion among ordinary consumers as to the source, sponsorship, affiliation, or approval of the Parties' respective goods.

42. By reason of the Defendant's activities, Plaintiff has suffered substantial damages that may be difficult in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully requests the following relief:

A. A judgment that the Defendant has infringed and is infringing each and every one of the Plaintiff's copyrights and trade dress;

B. A preliminary and permanent injunction against the Defendant, its respective officers, agents, servants, employees, attorneys, parent and subsidiary corporations, assigns and successors in interest, **and those persons in active concert or participation with them**, enjoining them from infringement, inducement of infringement, and contributory infringement of each and every one of the Plaintiff's copyrights and tradedress, including but not limited to an injunction against making, using, selling, **distributing**, and/or offering for sale within the United States, and/or importing into the United States, any infringing products and/or services;

C. Lost profit damages resulting from the Defendant's infringement of the copyrights and tradedress;

D. A reasonable royalty for the Defendant's use of Plaintiff's copyright and traderess, as alleged herein;

E. Prejudgment interest;

F. Post-judgment interest;

G. A judgment holding the Defendant's infringement of the Asserted Patents to be willful, and a trebling of damages;

H. A declaration that this Action is exceptional, and an award to Plaintiff of its attorney's fees, costs, and expenses incurred in connection with this Action; and

I. Such other relief as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated this 4th day of April, 2022.

Respectfully Submitted,

Leavitt Eldredge Law Firm

  /Brandon J. Leavitt/_____
Brandon James Leavitt
Tx Bar No. 24078841

4204 SW Green Oaks Blvd., Suite 140
Arlington, TX 76107

(214) 727-2055
brandon@uslawpros.com

**ATTORNEYS FOR PLAINTIFF**

## Verification Statement

I, Ted McCune, hereby state under oath that I am the Plaintiff in this dispute, that I have read the foregoing complaint, and that it is are true and accurate to the best of my knowledge and belief, except as to matters stated on information and belief, and that as to those matters I believe to be true.

I declare under penalty of perjury that the foregoing verification is true and correct to the best of my knowledge and belief, and as to any matter stated on belief, I believe such to be true. Dated this 4th day of April, 2022.

*[signature]*
Ted McCune